[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14802
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 10, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-20759-CR-AJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERTO GONZALEZ,
a.k.a. Huevo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 10, 2009)

Before BLACK, BARKETT and KRAVITCH, Circuit Judges

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Alberto Gonzalez in this

direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's conviction and sentence are **AFFIRMED**.